Order Filed on March 11, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ht Re:<br><br>A-One Leasing, LLC,<br><br>Debtor | Chapter 7<br><br>Case No.: 22-18807-JNP |
| Brian Thomas, Chapter 7 Trustee<br><br>Plaintiff.<br><br>vs.<br><br>James B. Burns, Jr., A One Contractors, LLC, and John Does 1-10 and ABC Corporations 1-10<br><br>Defendants. | Adversary No.: 24-1607 |

## CONSENT JUDGMENT AS TO DEFENDANTS JAMES B. BURNS, JR. AND A ONE CONTRACTORS, LLC

The relief set forth on the following page is hereby ORDERED.

DATED: March 11, 2026

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:       A-One Leasing, LLC
Case No.:     22-18807-JNP
Plaintiff:      Brian Thomas, Chapter 7 Trustee
Defendants:   James B. Burns, Jr., A One Contractors, LLC, and John Does 1-10 and ABC
Corporations  1-10
Adv. No.:     24-01607
Caption:      Consent Judgment As To Defendants James B. Burns, Jr.
and A One Contractors, LLC


THIS MATTER having come before the Court on the complaint of the Plaintiff Brian Thomas, Chapter 7 Trustee seeking judgment against Defendants James B. Burns, Jr. And A One Contractors, LLC; the parties agreeing that said Defendants had the use of four tractors and four trailers owned by the Debtor for eleven months without compensation to the Debtor; the said Defendants having consented to the form and entry of this judgment for the agreed-upon rent for that period; it is hereby

ORDERED that judgment is entered in favor of Plaintiff Brian Thomas, Chapter 7 Trustee, and against Defendants James B. Burns, Jr., and A One Contractors, LLC, in the amount of $178,925.

IT IS FURTHER ORDERED that the adversary proceeding is hereby terminated.


We consent to the form and entry of this order.


/s/ Andrew Sklar
_____
Andrew Sklar, Esq.
Attorney for Plaintiff Brian Thomas, Chapter 7 Trustee

/s/ William G. Wright
_____
William G. Wright, Esq.
Capehart & Scatchard
Attorneys for Defendants James B. Burns, Jr. and A One Contractors, LLC

2