Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re:  A–One Leasing, LLC
Debtor

                                                    Case No.: 22–18807–JNP
                                                    Chapter 7

Brian S. Thomas
Plaintiff

v.

James B, Burns Jr.
Defendant

Adv. Proc. No. 24–01607–JNP                         Judge: Jerrold N. Poslusny Jr.

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on March 11, 2026, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 26 – 1, 23, 25
Consent Order For Money Judgment in favor of Plaintiff, Brian Thomas, Trustee and against Defendants James B. Burns, Jr. and A One Contractors, LLC in the amount of $ 178,925.00 (related document:1 Complaint filed by Plaintiff Brian S. Thomas, 23 Notice of Proposed Compromise or Settlement of Controversy filed by Plaintiff Brian S. Thomas, 25 Certification Concerning Proposed Order filed by Plaintiff Brian S. Thomas) . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/11/2026. (kvr)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 11, 2026
JAN: kvr

                                          Jeanne Naughton
                                          Clerk